IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AMANI NIA BELL,

      Appellant,

 v.                                 Case Nos.  5D22-575
                                           5D22-576
                         LT Case Nos. 2020-CF-424
                                    2021-CF-000600-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed March 7, 2023

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender, and
Edward J. Weiss, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


WALLIS, EISNAUGLE and HARRIS, JJ., concur.